**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter 15

☐ Check if this an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding            12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | Foreign Economic Industrial Bank Limited, "Vneshprombank" Ltd. |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number ___<br>☒ Other **3261**. Describe identifier **Registration Number Issued by Central Bank of Russia**.<br>**For individual debtors**<br>☐ Social Security Number: ___<br>☐ Individual Taxpayer Identification Number (ITIN): ___<br>☐ Other ___. Describe identifier ___. |
| 3. | Name of foreign representative(s) | State Corporation "Deposit Insurance Agency" |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | Proceeding in Moscow Arbitration Court, Russia (Federal Law № 127-FZ "On Insolvency (Bankruptcy)") |
| 5. | Nature of the foreign proceeding | *Check one:*<br>☒ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____ |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).<br>☒ Yes |

| | | | |
|---|---|---|---|
| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: | |
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, | |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and | |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. | |

| | | | |
|---|---|---|---|
| 9. | **Addresses** | **Country where the debtor has the center of its main interests:** | **Debtor's registered office:** |
| | | Russian Federation | Komsomolsky Avenue, 42 building 1, Moscow, 119992 |
| | | | *P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code* |
| | | | Russian Federation |
| | | | *Country* |
| | | **Individual debtor's habitual residence:** | **Address of foreign representative(s):** |
| | | | Vysotskogo Street, 4, Moscow, 109240 |
| | | *P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code* | *P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code* |
| | | | Russian Federation |
| | | *Country* | *Country* |

| | | |
|---|---|---|
| 10. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 11. | **Type of debtor** | *Check one:* |
| | | ☒ Non-individual (*check one*): |
| | |     ☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1. |
| | |     ☐ Partnership |
| | |     ☐ Other. Specify: _____ |
| | | ☐ Individual |

Official Form 401        **Chapter 15 Petition for Recognition of a Foreign Proceeding**        page 2

2. Why is the venue proper in *this* district?

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☒ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district.

Panabroker Protecting Indemnity Association v. Vneshprombank, LM Realty 31B, Im Realty 27D, LLC, LM Realty 24C, LLC, LM Realty 23H, LLC, LM Realty 20A, LLC, LM Realty 18 West, LLC, LM Realty 10C, (f/k/a One Riverside Park Realty, LLC), LM Property Management LLC, Case No. 16-02120 (ALC), pending in the United States District Court for the Southern District of New York

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

3. Signature of foreign representative(s)

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____
Signature of foreign representative

Executed on 12/14/2016
MM / DD / YYYY

State Corporation "Deposit Insurance Agency"
By: Khalizev Aleksandr Victorovich
Title: Representative of the Financial Organizations' Liquidation Department of the Deposit Insurance Agency

X _____
Signature of foreign representative

Executed on 12/14/2016
MM / DD / YYYY

Printed name

4. Signature of attorney

X /s/ Evan J. Zucker
Signature of Attorney for foreign representative

Date 12/19/2016
MM / DD / YYYY

Evan J. Zucker
Printed name

**Blank Rome LLP**
Firm name

The Chrysler Building
405 Lexington Avenue
New York, NY
Number, Street, City, State & ZIP Code

(212) 885-5000
Contact phone

EZucker@BlankRome.com
Email address

EZ1910   New York
Bar number and State

Official Form 401                    Chapter 15 Petition for Recognition of a Foreign Proceeding                    page 3