**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Rick Antonoff
Barry N. Seidel
Evan J. Zucker

*Attorneys for State Corporation "Deposit Insurance Agency" in its Capacity as Trustee and Foreign Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:

| | |
|---|---|
| **FOREIGN ECONOMIC INDUSTRIAL BANK LIMITED, "VNESHPROMBANK" LTD.,** | Chapter 15 |
| | Case No. 16-13534 ( ) |
| Debtor in a Foreign Proceeding. | |

-----------------------------------------------------------x

### DECLARATION OF KHALIZEV ALEKSANDR VICTOROVICH IN SUPPORT OF VERIFIED PETITION

I, Khalizev Aleksandr Victorovich, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.   I am an employee and representative of the Financial Organizations' Liquidation Department of the State Corporation "Deposit Insurance Agency". The State Corporation "Deposit Insurance Agency" is the trustee and foreign representative of Foreign Economic Industrial Bank Limited, "Vneshprombank" Ltd. I have the full authority to verify this petition.

2.   I have read the foregoing petition, and I am informed and believe that the factual allegations contained therein are true and accurate.

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __14__ day of December, 2016 in Moscow, Russia.

_____
Khalizev Aleksandr Victorovich