**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Rick Antonoff
Barry N. Seidel
Evan J. Zucker

*Attorneys for State Corporation "Deposit Insurance Agency" in its Capacity as Trustee and Foreign Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:

| | |
|---|---|
| **FOREIGN ECONOMIC INDUSTRIAL BANK LIMITED, "VNESHPROMBANK" LTD.**, | Chapter 15 |
| | Case No. 16-13534 ( ) |
| Debtor in a Foreign Proceeding. | |

-----------------------------------------------------------------x

**LISTS AND STATEMENTS FILED**
**PURSUANT TO BANKRUPTCY RULE 1007(a)(4)**

State Corporation "Deposit Insurance Agency" ("DIA"), the trustee and foreign representative (the "Trustee") of the Foreign Economic Industrial Bank Limited, "Vneshprombank" Ltd. (the "Bank" or the "Debtor") in the Bank's insolvency proceeding in the Russian Federation, hereby files the following statements and lists in accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure of the United States, which provides:

> In addition to the documents required under §1515 of the Code, a foreign representative filing a petition for recognition under chapter 15 shall file with the petition: (A) a corporate ownership statement containing the information described in Rule 7007.1; and (B) unless the court orders otherwise, a list containing the names and addresses of all persons or bodies authorized to administer foreign proceedings of the debtor, all parties to

-1-

litigation pending in the United States in which the debtor is a party at the time of the filing of the petition, and all entities against whom provisional relief is being sought under §1519 of the Code.

Fed. R. Bankr. P. 1007(a)(4).

**Corporate Ownership Statement:**

The Bank is owned by the following entities/individuals in the percentages reflected:

| No. | Name of the Participant | Percentage (%) of Ownership |
| --- | --- | --- |
| 1. | Larissa Ivanovna Markus (President, member of the Managing Board and Board of Directors of the Bank) | 6.7393 |
| 2. | Tatiana Vladimirovna Kim | 0.0039 |
| 3. | Aleksandr Yuryevich Zurabov | 7.36405 |
| 4. | Prioritet, LLC (ООО «Приоритет») | 12.51956 |
| 5. | Topaz, LLC (ООО «Топаз») | 9.85915 |
| 6. | Briz, LLC (ООО «Бриз») | 3.4429 |
| 7. | Estel, LLC (ООО «Эстель») | 4.0689 |
| 8. | Promfinance, LLC (ООО «Промфинанс») | 3.7246 |
| 9. | Promalliance, LLC (ООО «Промальянс») | 3.85915 |
| 10. | Mobilnye perevody, LLC (ООО «Мобильные переводы») | 3.52898 |
| 11. | Kimberlit, LLC (ООО «Кимберлит») | 4.3157 |
| 12. | Karion, LLC (ООО «Карион») | 4.3157 |
| 13. | Promstroyproekt, CJSC (ЗАО «ПРОМСТРОЙПРОЕКТ») | 2.939 |
| 14. | Firma Yedinstvo XXI, LLC (ООО «ФИРМА ЕДИНСТВО XXI») | 3.2551 |
| 15. | Prominstrakh, LLC (ООО «ПРОМИНСТРАХ») | 6.8506 |
| 16. | Wolf, LLC (ООО «Вульф») | 5.39906 |
| 17. | B.B.C. XXI, LLC (ООО «В.В.С. XXI») | 3.143 |
| 18. | Gilean, LLC (ООО «Гилеан») | 5.39906 |
| 19. | Firma Eliko, LLC (ООО «Фирма Элико») | 5.39906 |
| 20. | Holding company Sovtransavto, CJSC (Холдинговая компания ЗАО «Совтрансавто») | 3.87323 |

**Custodian in the Foreign Proceeding Respecting Debtor:**

State Corporation "Deposit Insurance Agency"
Vysotskogo Street, 4,
Moscow, 109240
Russian Federation

**Litigation Parties in the United States:**

The Bank is a party to the following litigation in the United States:

- *Panabroker Protecting Indemnity Association v. Vneshprombank, LM Realty 31B, lm Realty 27D, LLC, LM Realty 24C, LLC, LM Realty 23H, LLC, LM Realty 20A, LLC, LM Realty 18 West, LLC, LM Realty 10C, (f/k/a One Riverside Park Realty, LLC), LM Property Management LLC,* Case No. 16-02120 (ALC), pending in the United States District Court for the Southern District of New York

**Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519:**

As of the date hereof, the DIA is not seeking provisional relief. The DIA reserves its right to seek at a later date provisional relief.

\*   \*   \*

I, Khalizev Aleksandr Victorovich, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that the information set forth above is, to the best of my knowledge, information and belief, complete and correct.

Executed on December 14, 2016

_____
Khalizev Aleksandr Victorovich