# **Exhibit C**

| | |
|---|---|
| State Corporation | Moscow Arbitration Court |
| **Deposit Insurance Agency** | Bolshaya Tulskaya st., 17<br>Moscow, 115225 |
| **Deputy General Director** | Case No. A40-17434/16 |

Vysotskogo st., 4
Moscow 109240
Tel. + 7 495 725-31, fax +7 495 745 28-68
OGRN 1047796046198
INN/KPP 7708514824775001001

Dated   16 Mar 2016   No.   1-5/9444
S.No. _____   Dated _____

On the appointment of
the Bankruptcy Trustee for
Vneshprombank LLC

    In accordance with the decision of the Moscow Arbitration Court declared on 11 March, 2016 on case No. A40-1743/16, the credit organization Foreign Economic Industrial Bank (limited liability company) (Vneshprombank LLC), registration number in the Book for State Registration of Credit Organizations 3261, registered at: 119991, Moscow, Komsomolsky av. 42, building 1, declared insolvent, (bankrupt), and the bankruptcy proceedings were initiated with regards to it. The functions of the Bankruptcy Trustee are given to the State Corporation Deposit Insurance Agency (hereinafter referred to as "the Agency"), located at: 109240 Moscow, Vysotskogo st., 4.

    In accordance with the requirements of Federal Law dated 26 October, 2002, No. 127-FZ "On insolvency (bankruptcy)", we hereby notify that according to the decision of the Management Board of the Agency dated 14 Mach 2016 (protocol No. 31) Korzhenkova Natalya Igorevna, an employee of the Department for the Liquidation of Credit Organizations, has been appointed to be a representative of the Agency as the Bankruptcy Trustee of Vneshprombank LLC.

    The mail address for correspondence for the Bankruptcy Trustee of Vneshprombank LLC: 127055, Moscow, Lesnaya st., 59, building 2.

R. V Amiryants

Executive: Agafonova K. A.
Tel. (495) 725-31-15 (50-19)

| | |
|---|---|
| ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ<br>**АГЕНТСТВО<br>ПО СТРАХОВАНИЮ ВКЛАДОВ**<br>ЗАМЕСТИТЕЛЬ<br>ГЕНЕРАЛЬНОГО ДИРЕКТОРА<br><br>ул. Высоцкого, д. 4,<br>Москва, 109240<br>Тел. +7 495 725-31-41, факс +7 495 745-28-68<br>ОГРН 1047796046198<br>ИНН/КПП 7708514824/775001001<br><br>от  10 МАР 2016   № 1-5/9444<br>на № _____ от _____ | Арбитражный суд г. Москвы<br><br>ул. Большая Тульская, д. 17,<br>Москва, 115225<br><br>Дело № А40-17434/16 |

О назначении представителя
конкурсного управляющего
ООО «Внешпромбанк»

В соответствии с решением Арбитражного суда города Москвы, резолютивная часть которого объявлена 11 марта 2016 г., по делу № А40-17434/16 кредитная организация Внешнеэкономический промышленный банк (Общество с ограниченной ответственностью) (ООО «Внешпромбанк»), регистрационный номер по Книге государственной регистрации кредитных организаций 3261, зарегистрированная по адресу: 119991, г. Москва, Комсомольский пр-т, д. 42, стр. 1, признана несостоятельной (банкротом), и в отношении нее открыто конкурсное производство. Функции конкурсного управляющего возложены на государственную корпорацию «Агентство по страхованию вкладов» (далее – Агентство), расположенную по адресу: 109240, г. Москва, ул. Высоцкого, д. 4.

В соответствии с требованиями Федерального закона от 26 октября 2002 г. № 127-ФЗ «О несостоятельности (банкротстве)» сообщаем, что решением Правления Агентства от 14 марта 2016 г. (протокол № 31) представителем Агентства как конкурсного управляющего ООО «Внешпромбанк» назначен работник Департамента ликвидации кредитных организаций Корженкова Наталья Игоревна.

Адрес для приема почтовой корреспонденции представителя конкурсного управляющего ООО «Внешпромбанк»: 127055, г. Москва, ул. Лесная, д. 59, стр. 2.

Р.В. Амирьянц

Исполнитель: Агафонова К.А.
Тел. (495) 725-31-15 (50-19)