# **Exhibit D**

| | |
|---|---|
| State Corporation<br>**Deposit**<br>**Insurance Agency**<br><br>**Deputy**<br>**General Director**<br><br>Vysotskogo st., 4,<br>Moscow 109240<br>Tel. + 7 495 725-31, fax +7 495 745 28-68<br>OGRN 1047796046198<br>INN/KPP 7708514824/775001001<br><br>Dated  10 November, 2016  No.  1-8/50425<br>S.No _____ Dated _____ | Moscow Arbitration Court<br><br>Bolshaya Tulskaya st., 17,<br>Moscow, 115225<br><br>Case No. A40-17434/16<br><br><br><br> |

On the appointment of
the Bankruptcy Trustee for
Vneshprombank LLC

      In accordance with the decision of the Moscow Arbitration Court declared on 14 March, 2016 on case No. A40-1743/16, the credit organization Foreign Economic Industrial Bank (Limited Liability Company) (Vneshprombank LLC), registration number in the Book for State Registration of Credit Organizations 3261, registered at: 119991, Moscow, Komsomolsky av., 42, building 1, was declared insolvent (bankrupt), and the bankruptcy proceedings were initiated. The functions of the Bankruptcy Trustee are given to the State Corporation Deposit Insurance Agency (hereinafter referred to as "the Agency") located at: 109240 Moscow, Vysotskogo st., 4.

      We hereby inform that in support of the decision of the Management Board of the Agency dated 7 November, 2016 (Protocol No. 156), Korzhenkova Natalya Igorevna was discharged from responsibilities of the representative of the Agency as the Bankruptcy Trustee and Khalizev Alexander Viktorovich, a representative of the Department of Liquidation of Credit Organizations, was designated instead of her.

      The mail address for correspondence for the representative of the Bankruptcy Trustee of Vneshprombank LLC: 127055, Moscow, Lesnaya st. 59, building 2.

      The information was provided in accordance with clause 15, Article 187.77 of the Federal Law dated 26 October, 2002 No. 127-FZ "On insolvency (bankruptcy)".

| | |
|---|---|
| Executive: Trofimova Ye. S.<br>Tel. (495) 725-31-15 (50-54) | M.V. Filatova |

| | |
|---|---|
| ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ<br>**АГЕНТСТВО**<br>**ПО СТРАХОВАНИЮ ВКЛАДОВ**<br>**ЗАМЕСТИТЕЛЬ**<br>**ГЕНЕРАЛЬНОГО ДИРЕКТОРА**<br><br>ул. Высоцкого, д. 4,<br>Москва, 109240<br>Тел. +7 495 725-31-41, факс +7 495 745-28-68<br>ОГРН 1047796046198<br>ИНН/КПП 7708514824/775001001<br><br>от 10 НОЯ 2016 № 1-8/50425<br>на № _____ от _____ | Арбитражный суд г. Москвы<br><br>ул. Большая Тульская, д. 17,<br>Москва, 115191<br><br>По делу № А40-17434/16<br><br>Арбитражный суд г. Москвы<br>без проверки<br>приложений<br><br>Арбитражный суд г. Москвы<br>15 НОЯ 2016 |

О назначении представителя
конкурсного управляющего
ООО «Внешпромбанк»

В соответствии с решением Арбитражного суда г. Москвы от 14 марта 2016 г. (резолютивная часть объявлена 11 марта 2016 г.) по делу № А40-17434/16 кредитная организация Внешнеэкономический промышленный банк (Общество с ограниченной ответственностью) (ООО «Внешпромбанк»), регистрационный номер по Книге государственной регистрации кредитных организаций 3261, зарегистрированная по адресу: 119991, г. Москва, Комсомольский пр-кт, д. 42, стр. 1, признана несостоятельной (банкротом) и в отношении нее открыто конкурсное производство. Функции конкурсного управляющего возложены на государственную корпорацию «Агентство по страхованию вкладов» (далее – Агентство), расположенную по адресу: 109240, г. Москва, ул. Высоцкого, д. 4.

Настоящим сообщаем, что решением Правления Агентства от 7 ноября 2016 г. (Протокол № 156) от выполнения полномочий представителя Агентства как конкурсного управляющего ООО «Внешпромбанк» освобождена Корженкова Наталья Игоревна и назначен представитель Департамента ликвидации кредитных организаций Хализев Александр Викторович.

Адрес для приема почтовой корреспонденции представителя конкурсного управляющего ООО «Внешпромбанк»: 127055, г. Москва, ул. Лесная, д. 59, стр. 2.

Информация предоставлена в соответствии с пунктом 15 статьи 189.77 Федерального закона от 26 октября 2002 г. № 127-ФЗ «О несостоятельности (банкротстве)».

М.В. Филатова

Исполнитель: Трофимова Е.С.
Тел.: (495) 725-31-17 (50-54)