# **Exhibit E**

77 A B 2603067

POWER OF ATTORNEY No. 1328

Moscow, the seventh of November two thousand sixteen.

**State Corporation Deposit Insurance Agency** (hereinafter referred to as "the Agency"), INN 7708514824, KPP 775001001, location: 109240, Moscow, Vysotskogo st., 4, registration of the establishment of a legal entity filed at the Interdistrict Inspectorate of Ministry of Taxation of Russia No. 46 in Moscow to the Unified State Register of Legal Entities on 29 January, 2004, Primary State Registration Number 1047796046198, in the person of General Director Isaev Yury Olegovich, acting under the authority of Federal Law of 23 December, 2003, No. 177-FZ "On Insurance of Deposits of Individuals in the Banks of the Russian Federation" and decision of the Board of Directors of the Agency dated 25 December, 2012 (protocol No. 5),

**which is,** based on Arbitration Court of Moscow decision of 14 March, 2016 on the case M A40- 17434/16, **the Bankruptcy Trustee of the Foreign Economic Industrial Bank (Limited Liability Company)** (Vneshprombank LLC) (hereinafter referred to as "the Bank"),

This Power of Attorney authorizes

**Khalizev Alexander Viktorovich**, a citizen of the Russian Federation, passport 45 1 423718, issued by the branch of the Moscow Administration of the Federal Migration Service for Tsaritsyno district on 4 March, 2012, at Moscow, Luganskaya st., 1, apartment 166, acting in the Agency as a representative of the Department for Liquidation of Credit Organizations (decree No. 347/6-l dated 22 July, 2016),

to represent the Agency as the Bank's Bankruptcy Trustee, in particular, exercise the following rights on behalf of the Agency and/or Bank in accordance with the federal laws or other regulations:

1. **Exercise the powers of the head and other managing bodies of the Bank**, including its subdivisions, including:

1) manage the Bank's assets, including cash at the Bank's accounts in other credit institutions and the Bank of Russia, with the right to sign settlements and cash documents and for cards using form signatures and slip printing used for performing transactions via the Bank's correspondent account:

a) independently, if the amount does not exceed 1,000,000,00 (One million) rubles, and in the event of transfer of funds from the Bank's accounts at the Bank of Russia to the Bank's account at the Agency without limitation of amount;

b) upon agreement with the Deputy General Director of the Agency, if the value is over 1,000,000.00 (One million) rubles;

2) perform on behalf of the Bank transactions and other actions that establish, modify and/or terminate the rights and obligations of the Bank, including:

a) withdraw cash from the Bank's Correspondent Account opened at the Bank of Russia or credit organizations;

b) to deposit cash funds into the Bank of Russia, as well as credit or collection agencies;

c) to enter into or terminate all types of contracts, in particular, open and close accounts in credit institutions and the Bank of Russia, to sign all necessary documents;

d) to declare the refusal to fulfill contracts and other transactions;

e) to accept the claims of the Bank's creditors and confirming documents, and to recognize creditor claims and enter them in the register of creditors;

f) accept (change) estimates of current expenses of the Bank;

3) issue orders and other internal regulatory acts of the Bank, including the admission or dismissal of the Bank's employees and their executives, change the terms of employment contracts, reassign employees, promote and impose discipline on employees.

2. **Exercise authority for the sale of Bank assets at auctions, via public offering, and other forms provided for by the bankruptcy legislation, in particular:**

1) appraise the Bank's property;

2) publish and post notices on sale of property and outcomes;

3) conduct tenders (sale via public offering), in particular, accept applications to participate, determine participants, sign delivery contracts, determine winning bids, sign tender protocols or reject tenders (sales) as invalid.

77 A B 2603067

4) enter into purchase-sales contracts of property (assignment of claims);

5) take other steps necessary to sell the Bank's property.

3. **Represent the Bank and/or the Agency as the Bankruptcy Trustee of the Bank in relations** with individuals and legal entities, state authorities of the Russian Federation and foreign governments, government agencies of the Russian Federation, local governments and other organizations, including foreign ones, such as the Bank of Russia, its territorial agencies and departments, operational offices, and cash settlement centers of the Federal Tax Service and its territorial bodies, extra budgetary funds, Federal Service for State Registration, the cadaster and cartography and its territorial agencies, State Road Safety Inspection agencies, Federal Bailiff Service and its territorial agencies, Federal Antimonopoly Service of the Russian Federation and its territorial agencies, depositories, registration bodies, securities registrars, archival organizations, and take the necessary actions in these bodies and organizations, change or terminate rights and obligations of the Bank or its clients, in particular to:

1) take actions to confirm rights to make transactions via the Bank's accounts in other credit institutions and via the correspondent account of the Bank in the Bank of Russia;

2) obtain various documents, including financial ones, in the Bank of Russia and its territorial bodies;

3) represent the Bank at the General Meetings (hereinafter referred to as "the Meetings") of the legal entities in which the Bank is a member (participant) or trustee of shares (stock), in particular, participate in the Meetings with the right to discuss and vote on the Meeting agenda issues, sign ballot papers and other documents associated with the Meeting and vote, elect and be elected by the presiding officer, get acquainted with all materials provided for the Meeting and obtain information on the activities of the legal entity;

4) represent the interests of the Bank as a creditor against its debtors, including bankruptcy creditors, following the procedure and in the cases established by the bankruptcy legislation, in particular, take actions to recover accounts receivables from debtors, take meetings of creditors (meetings of the Committee of creditors) with the right of discussion and vote on agenda issues of meeting of creditors (Committee of creditors), the signing of the ballot papers and other documents related to the meeting of creditors (meeting of creditors) and vote on it, to elect and be elected as the presiding officer, have access to all materials provided for the meeting of creditors (meetings of the Committee of creditors), get acquainted with reports of the bankruptcy trustee (liquidator), as well as request and obtain extracts from the register of creditors' claims;

5) take all legal and practical steps to execute the rights of owners (holders) of securities, dispose securities of the Bank or its clients (third parties) located at the client accounts or securities accounts opened in the name of the Bank at registration bodies, registrars or depositories, in particular, conduct any transactions on all those accounts and close them;

6) take all legal and practical steps related to accounting, registration of personal property, rights to real property and transactions associated with it, the removal of existing restrictions and encumbrances in respect of the above mentioned property;

7) conduct negotiations and business correspondence on behalf of the Bank, in particular, sign and/or present (send) to the relevant organizations letters, applications, requests, documents which are the basis for registration of rights and transactions with the property of the Bank or its clients, including securities, applications of the registered person, transfer and/or pledge deposits (orders), reporting forms and other documents (including for custody);

8) obtain answers to letters, references, certificates, statements, reports, notices and other information or documents, including those the Bank may request and receive as the owner or Bankruptcy Trustee, including rights to securities;

9) send and receive the Bank's correspondence in post offices;

10) appeal the actions (inaction) of agencies and organizations that violate the rights and lawful interests of the Bank and/or Agency;

11) personally testify to the authenticity of copies to the original documents of the Agency and Bank.

4. **Represent the Bank and/or Agency as a litigation representative in court, arbitration, and arbitration hearings,** including for insolvency (bankruptcy), concerning administrative matters and administrative violations of any rights of those they represent in the matter or a party to the enforcement proceedings, and take all procedural steps, in particular:

2

**77 A B 2603067**

1) sign and submit all necessary procedural documents, including:

a) legal claims (including administrative), including counterclaims (including administrative counterclaims);

b) responses to legal claims;

c) applications for a provisional remedy and applications for injunctive relief under administrative claims;

d) objections (including objections to administrative claims), clarifications and petitions, including those on time extensions and completion of bankruptcy proceedings;

e) applications to recognize a person insolvent (bankrupt);

f) applications for forced liquidation of the entity;

2) refer the matter (dispute) to arbitration (for arbitration review);

3) change the grounds for or subject of a claim, including administrative claims, as well as increase or decrease the size of the claim;

4) recognize claims completely or partially (including administrative claims);

5) abandon legal claims fully or partially (including administrative claims);

6) enter into settlement agreements, resolution agreements between the parties and agreements on matters of fact (including administrative cases);

7) sign petitions to reconsider judicial acts due to new and newly discovered circumstances (including in administrative cases);

8) appeal judicial decisions, in particular, sign appeal petitions, cassational, supervisory, procedural and other appeals (including administrative cases);

9) be informed about material evidence, make copies, testify to the authenticity of copied documents;

10) obtain judicial decisions, court records and other documents;

11) demand compulsory enforcement of judicial decisions (including administrative cases);

12) sign and submit applications for the issuance of enforcement documents, and to receive them;

13) submit enforcement documents for recovery;

14) revoke enforcement documents;

15) challenge decisions and actions (inaction) of bailiffs;

16) receive awarded funds, securities or other property;

17) waive recovery under enforcement documents;

18) sign and file appeals against decisions on administrative violations, decisions on appeals to the decisions on administrative violations, and to withdraw such appeals;

19) recover the costs related to the filling of claims for administrative violations;

20) obtain the withdrawn and returned instrumentalities and/or items involved in the claims for administrative violations.

5. **Represent the Bank and/or Agency as bankruptcy Trustee of the Bank in law enforcement agencies, preliminary investigative agencies, Criminal Courts of General Jurisdiction** in which the Bank or the Agency is the victim and/or civil plaintiff, and exercise all the rights under the criminal procedure legislation.

The authority under this Power of Attorney may be delegated to a third party without the right of further delegation, with the exception of the powers under paragraph 1, part 1, paragraphs "a" paragraph 2 part 1, paragraph 1, part 2, paragraphs 3 (reducing the size of the claim), 4, 5, 6, 14, 17, 18 (as regards withdrawal of appeals), 19, 20 parts 4 and 5.

This Power of Attorney shall be valid till the eleventh of April, two thousand twenty one.



General Director of the Agency                                                           Yu. O. Isaev

The City of Moscow.

The seventh of November, two thousand sixteen.

This Power of Attorney is certified by me, Savelyev Alexander Evgenyevich, the notary of the city of Moscow.

This Power of Attorney is made on behalf of the State Corporation Deposit Insurance Agency by General Director Isaev Yury Olegovich and signed by him in my presence.

The capacity of the State Corporation Deposit Insurance Agency and the authority of its representative was verified. The identity of the signatory power of attorney was checked, and the capacity was verified.

Executed outside the premises of the notary office at the address: Moscow, Vysotskogo st., 4.

Registered under the number M 1-728

Filing fee of 750 rubles; service fee of 1000 rubles



Registered with a Notary fee.

Total number of 3 (three) pages.



77 А В 2603067

ДОВЕРЕННОСТЬ № 1328

Город Москва, седьмого ноября две тысячи шестнадцатого года.

Государственная корпорация «Агентство по страхованию вкладов» (далее по тексту – «Агентство»), ИНН 7708514824, КПП 775001001, местонахождение: 109240, г. Москва, ул. Высоцкого, д. 4, запись о создании юридического лица внесена Межрайонной инспекцией МНС России № 46 по г. Москве в Единый государственный реестр юридических лиц 29 января 2004 года за Основным государственным регистрационным номером 1047796046198, в лице Генерального директора Агентства Исаева Юрия Олеговича, действующего на основании Федерального закона от 23 декабря 2003 года № 177-ФЗ «О страховании вкладов физических лиц в банках Российской Федерации» и решения Совета директоров Агентства от 25 декабря 2012 года (протокол № 5),

являющаяся, на основании решения Арбитражного суда г. Москвы от 14 марта 2016 г. по делу № А40-17434/16, конкурсным управляющим Внешнеэкономическим промышленным банком (Общество с ограниченной ответственностью) (ООО «Внешпромбанк») (далее по тексту – «Банк»),

настоящей доверенностью уполномочивает

Хализева Александра Викторовича, гражданство Российской Федерации, паспорт 45 11 423718, выдан ОТДЕЛОМ УФМС РОССИИ ПО ГОР. МОСКВЕ ПО РАЙОНУ ЦАРИЦЫНО 14 марта 2012 г., адрес регистрации: г. Москва, ул. Луганская, д. 1, кв. 166, состоящего в штате Агентства в должности представителя Департамента ликвидации кредитных организаций (приказ от 22 июля 2016 г. № 347/6-л),

представлять Агентство как конкурсного управляющего Банком, в т.ч. осуществлять от имени Агентства и (или) Банка следующие полномочия в соответствии с федеральными законами и иными нормативными правовыми актами.

1. Осуществлять полномочия руководителя и иных органов управления Банка, в т.ч. его обособленных подразделений, в т.ч.:
1) распоряжаться имуществом Банка, в т.ч. денежными средствами на счетах Банка в иных кредитных организациях, а также в Банке России с правом подписи в расчетно-денежных документах и в карточке с образцами подписей и оттиска печати, используемой для совершения операций по корреспондентскому счету Банка:
а) самостоятельно, если его стоимость не превышает 1 000 000,00 (Один миллион) рублей, а в случае перечисления денежных средств со счетов Банка в Банке России на счет Банка в Агентстве – без ограничения суммы;
б) по согласованию с заместителем Генерального директора Агентства, если его стоимость превышает 1 000 000,00 (Один миллион) рублей;
2) совершать от имени Банка сделки и иные действия, устанавливающие, изменяющие и (или) прекращающие права и обязанности Банка, в т.ч.:
а) снимать наличные денежные средства с корреспондентского счета Банка, открытого в Банке России или кредитных организациях;
б) сдавать наличные денежные средства в Банк России, кредитные или инкассаторские организации;
в) заключать или расторгать все виды договоров, в т.ч. открывать и закрывать счета в кредитных организациях и Банке России, подписывать все необходимые документы;
г) заявлять отказ от исполнения договоров и иных сделок;
д) принимать требования кредиторов Банка и документы, их подтверждающие, а также устанавливать требования кредиторов и вносить их в реестр требований кредиторов;
е) утверждать (изменять) смету текущих расходов Банка;
3) издавать приказы и иные внутренние регулятивные акты Банка, в т.ч. о приеме или увольнении работников Банка, включая его руководителей, изменять условия трудовых договоров, переводить работников на другую работу, поощрять и налагать дисциплинарные взыскания на работников.

2. Осуществлять полномочия по продаже имущества Банка на торгах, посредством публичного предложения, а также в иных формах, предусмотренных законодательством о банкротстве, в т.ч.:
1) проводить оценку имущества Банка;
2) опубликовывать и размещать сообщения о продаже имущества и ее результатах;
3) проводить торги (продажу посредством публичного предложения), в т.ч. принимать заявки на участие, определять участников, подписывать с участниками договоры о задатке, определять победителя,



### 77 А В 2603068

подписывать протоколы о результатах торгов либо о признании торгов (продажи) несостоявшимися;

4) заключать договоры купли-продажи имущества (уступки права требования);

5) совершать иные необходимые действия по продаже имущества Банка.

**3. Представлять Банк и (или) Агентство как конкурсного управляющего Банком в отношениях** с физическими и юридическими лицами, органами государственной власти Российской Федерации и иностранных государств, органами государственной власти субъектов Российской Федерации, органами местного самоуправления и иными организациями, включая иностранные, в т.ч. с Банком России, его территориальными органами и подразделениями, операционными управлениями и расчетно-кассовыми центрами, Федеральной налоговой службой и ее территориальными органами, внебюджетными фондами, Федеральной службой государственной регистрации, кадастра и картографии и ее территориальными органами, органами Государственной инспекции безопасности дорожного движения, Федеральной службой судебных приставов и ее территориальными органами, Федеральной антимонопольной службой Российской Федерации и ее территориальными органами, депозитариями, регистраторами, реестродержателями ценных бумаг, архивными организациями, а также совершать в отношении указанных органов и организаций необходимые действия, направленные на установление, изменение или прекращение прав и обязанностей Банка или его клиентов, в т.ч.:

1) осуществлять действия по подтверждению своего права совершать операции по счетам Банка в иных кредитных организациях, а также по корреспондентскому счету Банка в Банке России;

2) получать в Банке России и его территориальных органах различные документы, в т.ч. финансовые;

3) представлять интересы Банка на общих собраниях учредителей (участников) (далее – Собрания) юридических лиц, учредителем (участником) или доверительным управляющим долей (акций) которых является Банк, в т.ч. принимать участие в Собраниях с правом обсуждения вопросов и голосования по вопросам повестки дня Собрания, подписания бюллетеней для голосования и иных документов, связанных с проведением Собрания и голосованием на нем, а также избирать и быть избранным председательствующим, знакомиться со всеми материалами, предоставленными для Собрания, получать информацию о деятельности юридического лица;

4) представлять интересы Банка как кредитора в отношении его должников, в т.ч. конкурсного кредитора, в случаях и в порядке, установленных законодательством о банкротстве, в т.ч. совершать действия по взысканию дебиторской задолженности, принимать участие в собраниях кредиторов (заседаниях комитета кредиторов) с правом обсуждения вопросов и голосования по вопросам повестки дня собрания кредиторов (заседания комитета кредиторов), подписания бюллетеней для голосования и иных документов, связанных с проведением собрания кредиторов (заседания комитета кредиторов) и голосованием на нем, а также избирать и быть избранным председательствующим, знакомиться со всеми материалами, предоставленными для собрания кредиторов (заседания комитета кредиторов), знакомиться с отчетами арбитражного управляющего (ликвидатора), запрашивать и получать выписки из реестра требований кредиторов;

5) совершать все юридические и фактические действия, связанные с реализацией прав собственников (владельцев) ценных бумаг по распоряжению ценными бумагами Банка или его клиентов (третьих лиц), находящимися на клиентских лицевых счетах или счетах депо, открытых на имя Банка у регистраторов, реестродержателей, в депозитариях, в т.ч. осуществлять любые операции по всем указанным счетам и закрывать их;

6) совершать все юридические и фактические действия, связанные с учетом, регистрацией движимого имущества, а также прав на недвижимое имущество и сделок с ним, и снятием существующих ограничений и обременений в отношении указанного имущества;

7) вести переговоры и деловую переписку от имени Банка, в т.ч. подписывать и (или) представлять (передавать) в соответствующие организации письма, заявления, запросы, документы, являющиеся основанием для регистрации прав и операций с имуществом Банка или его клиентов, включая ценные бумаги, в т.ч. анкеты зарегистрированного лица, передаточные и (или) залоговые распоряжения (поручения), формы отчетности и иные документы (в т.ч. на хранение);

8) получать ответы на письма, справки, свидетельства, выписки, отчеты, уведомления и иные сведения и документы, включая те, которые Банк может запрашивать и получать как владелец или доверительный управляющий имуществом, в т.ч. правами, включая права на ценные бумаги;

9) отправлять и получать корреспонденцию Банка в организациях связи;

10) обжаловать действия (бездействие) органов и организаций, нарушающие права и законные интересы Банка и (или) Агентства;

11) собственноручно свидетельствовать верность копий оригиналам документов Агентства и Банка.

**4. Представлять Банк и (или) Агентство как конкурсного управляющего Банком в судах, арбитражных судах и третейских судах**, в т.ч. по делам о несостоятельности (банкротстве), по

2



**77 А В 2603069**

административным делам, а также по делам об административных правонарушениях со всеми правами, предоставленными лицу, участвующему в деле, или стороне исполнительного производства, и совершать все процессуальные действия, в т.ч.:

1) подписывать и предъявлять все необходимые процессуальные документы, в т.ч.:

   а) исковые заявления (включая административные), в т.ч. встречные иски (включая встречные административные иски);

   б) отзывы на исковые заявления;

   в) заявления об обеспечении иска и заявления о применении мер предварительной защиты по административному иску;

   г) возражения (включая возражения на административные иски), пояснения и ходатайства, в т.ч. о продлении срока и завершении процедуры конкурсного производства;

   д) заявления о признании лица несостоятельным (банкротом);

   е) заявления о принудительной ликвидации лица;

2) передавать дело (спор) в третейский суд (на рассмотрение третейского суда);

3) изменять основания или предмет иска, в т.ч. административного иска, уменьшать или увеличивать размер исковых требований;

4) признавать иск полностью или частично (в т.ч. административные иски);

5) отказываться от исковых требований полностью или частично (включая административные иски);

6) заключать мировые соглашения, соглашения о примирении сторон и соглашения по фактическим обстоятельствам (в т.ч. по административным делам);

7) подписывать заявления о пересмотре судебных актов по новым и вновь открывшимся обстоятельствам (в т.ч. по административным делам);

8) обжаловать судебные акты, в т.ч. подписывать апелляционные, кассационные, надзорные, частные и иные жалобы (в т.ч. по административным делам);

9) знакомиться с материалами дела, снимать с них копии, удостоверять подлинность копий документов;

10) получать судебные акты, протоколы судебных заседаний и иные документы;

11) требовать принудительного исполнения судебных актов (в т.ч. по административным делам);

12) подписывать и предъявлять заявления о выдаче исполнительных документов, а также получать таковые;

13) предъявлять исполнительные документы ко взысканию;

14) отзывать исполнительные документы;

15) обжаловать постановления и действия (бездействие) судебного пристава-исполнителя;

16) получать присужденные денежные средства, ценные бумаги или иное имущество;

17) отказываться от взыскания по исполнительному документу;

18) подписывать и подавать жалобы на постановление по делу об административном правонарушении, на решение по жалобе на постановление по делу об административном правонарушении, а также отказываться от таких жалоб;

19) получать взысканные расходы, понесенные в связи с рассмотрением дела об административном правонарушении;

20) получать изъятые и возвращаемые орудия совершения и (или) предметы административного правонарушения.

5. Представлять Банк и (или) Агентство как конкурсного управляющего Банком в правоохранительных органах, органах предварительного следствия, судах общей юрисдикции по уголовным делам, в которых Банк или Агентство выступают в качестве потерпевшего и (или) гражданского истца, и пользоваться всеми правами, предоставленными им уголовно-процессуальным законодательством.

Полномочия, предусмотренные настоящей доверенностью, могут быть передоверены другому лицу без права последующего передоверия, за исключением полномочий, предусмотренных п. 1 ч. 1, пп. «а» п. 2 ч. 1, п. 1 ч. 2, пп. 3 (в части уменьшения размера исковых требований), 4, 5, 6, 14, 17, 18 (в части отказа от жалоб), 19, 20 ч. 4, ч. 5.

Настоящая доверенность выдана сроком по одиннадцатое апреля две тысячи двадцать первого года.

Генеральный директор Агентства                                                                    Ю.О. Исаев

3

Город Москва.

Седьмого ноября две тысячи шестнадцатого года.

Настоящая доверенность удостоверена мной, Савельевым Александром Евгеньевичем, нотариусом города Москвы.

Доверенность совершена от имени Государственной корпорации «Агентство по страхованию вкладов» Генеральным директором Исаевым Юрием Олеговичем, подписавшим ее в моем присутствии.

Правоспособность Государственной корпорации «Агентство по страхованию вкладов» и полномочия его представителя проверены. Личность подписавшего доверенность установлена, дееспособность проверена.

Совершено вне помещения нотариальной конторы по адресу: г. Москва, ул. Высоцкого, д. 4.

Зарегистрировано в реестре за № 1-728

Взыскано по тарифу: 750 рублей; за услуги: 1000 рублей.

Нотариус

Итого пронумеровано, прошнуровано и скреплено печатью 3 (три) листа.

Нотариус

