# **Exhibit F**



# Translation Certificate

**Company:** Blank Rome LLP  
**Job Number:** 90070010  
**Supplier Code:** PLB540  

**Project Reference:** Translation Task  
**Language Combination:** Russian - English  

Link up Mitaka Ltd. (thebigword) has translated this project following the process defined below:

thebigword hereby certify that the project is a true and accurate translation of the document(s) detailed below from:

Signature,  
Declan Parnell, Project Manager, for and on behalf of Link up Mitaka Ltd. (thebigword)

2016-11-30

---
Date

**Files:**
Russian: A40-17434-2016_20160314_Reshenija i postanovlenija.pdf  
English: A40-17434-2016_20160314_Decisions and Determinations.pdf

Russian: A40-17434-2016_2016031Commencement Order - 4_Reshenija i postanovlenija.pdf  
English: A40-17434-2016_2016031Commencement Order - 4_Decisions and Determinations.pdf

Russian: Notice of POA - Уведомление в АСГМ о назначении Корженковой НИ.PDF  
English: Notice of POA - Notice for the Moscow Arbitration Court on the appointment of N. I. Korzhenkova.PDF

Russian: ВПБ-Доверенность Хализев АВ.PDF  
English: Foreign Economic Industrial Bank-Power of Attorney for Khalizev A.V.PDF

Russian: Уведомление в АСГМ о назначении ПКУ.PDF  
English: Notice for the Moscow Arbitration Court on the appointment of the Bankruptcy Trustee's representative.PDF