**Exhibit B**

**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Rick Antonoff
Barry N. Seidel
Evan J. Zucker

*Attorneys for State Corporation "Deposit Insurance Agency" in its Capacity as Trustee and Foreign Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:

| | |
|---|---|
| **FOREIGN ECONOMIC INDUSTRIAL BANK LIMITED, "VNESHPROMBANK" LTD.**, | Chapter 15 |
| | Case No. 16-13534-mkv |
| Debtor in a Foreign Proceeding | |

---------------------------------------------------------------x

**NOTICE OF FILING AND HEARING ON VERIFIED PETITION UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE AND NOTICE PURSUANT TO FED. R. BANKR. P. 9017 AND FED R. CIV. P. 44.1**

**PLEASE TAKE NOTICE**, on December 19, 2016, the State Corporation "Deposit Insurance Agency" ("DIA"), the trustee and foreign representative of the Foreign Economic Industrial Bank Limited, "Vneshprombank" Ltd. (the "Bank" or "Debtor") in the Bank's insolvency proceeding (the "Russian Insolvency Proceeding") under the Federal Law № 127-FZ "On Insolvency (Bankruptcy)" (the "Russian Bankruptcy Law"), by United States counsel, Blank Rome LLP, filed a *Verified Petition* (the "Verified Petition") *under Chapter 15 of title 11 of the United States Code* (the "Bankruptcy Code") *for Recognition of a Foreign Main Proceeding* and *Official Form Petition* (the "Official Form Petition", collectively, with the Verified Petition, the "Petition") commencing a chapter 15 case ancillary to the Russian

Insolvency Proceeding and seeking recognition of such foreign proceeding as a "foreign main proceeding" and relief in aid of the Russian Insolvency Proceeding in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>") with respect to the Bank.

    **PLEASE TAKE FURTHER NOTICE**, that a copy of the Official Form Petition is attached hereto, along with: (i) the lists required to be filed with the Petition pursuant to Bankruptcy Rule 1007(a)(4); (ii) the Verified Petition; (iii) the Declaration of Khalizev Aleksandr Victorovich in Support of the Verified Petition required to be filed pursuant to section 1515 of the Bankruptcy Code; and (iv) the Declarations of Khalizev Aleksandr Victorovich and the Bank's Russian Counsel in Support of Recognition Hearing (collectively the "<u>Supporting Documents</u>").

    **PLEASE TAKE FURTHER NOTICE**, that pursuant to the *Order Scheduling Hearing on Verified Chapter 15 Petition and Specifying Form and Manner of Notice of Hearing* (the "<u>Scheduling Order</u>"), a copy of which is attached hereto, the Bankruptcy Court has scheduled a hearing on _____ \_\_, **2016** at \_\_:00 \_.m. (ET). before the Honorable _____, in Room \_\_\_\_\_ of the Bankruptcy Court, One Bowling Green, New York, New York 10004 U.S.A. (the "<u>Hearing</u>").

    **PLEASE TAKE FURTHER NOTICE**, that, pursuant to Local Rule 2002-4, at the Hearing the Bankruptcy Court may order the scheduling of a case management conference to consider the efficient administrative of the this case.

    **PLEASE TAKE FURTHER NOTICE**, that any party in interest wishing to submit a response or objection to the Petition or the relief requested by the DIA must do so pursuant to the Bankruptcy Code and the Local and Federal Rules of Bankruptcy Procedure, including, without

limitation, Federal Rules of Bankruptcy Procedure Rule 1011, in writing and setting forth the bases therefore, and such response or objection must be filed with the Office of the Clerk of the Court, Room 534, One Bowling Green, New York, New York 10004-1408; and served on the attorneys for the Petitioner, (Blank Rome LLP, 405 Lexington Avenue, New York, New York 10174-0208 U.S.A., Attn: Barry N. Seidel, Esq.), so as to be received **on or before 4:00 p.m. New York Time on _____, 2016**.

  **PLEASE TAKE FURTHER NOTICE**, that the response or objection to be filed with the Office of the Clerk of the Court must be filed; (i) electronically by registered users of the Bankruptcy Court's electronic case filing system in accordance with General Order M-242 of the Bankruptcy Court for the Southern District of New York, a copy of which may be viewed on the Bankruptcy Court's website, www.nysb.uscourts.gov; and (ii) by all other parties in interest on a compact disk, with hard copy provided to the Chambers of the Honorable _____ United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 U.S.A.

  **PLEASE TAKE FURTHER NOTICE**, that all parties in interest opposed to the Petition or the DIA's request for relief must appear at the Hearing at the time and place set forth above.

  **PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than an announcement in open court at the Hearing of the adjourned date or dates or any further adjourned hearing.

  **PLEASE TAKE FURTHER NOTICE**, that DIA intends to raise issues pertaining to foreign law, specifically Russian Federal Law № 127-FZ "On Insolvency (Bankruptcy)" and related Russian laws, in connection with the Petition: (i) recognizing the Russian Insolvency

Proceeding as a foreign main proceeding pursuant to chapter 15 of the Bankruptcy Code and the DIA as the Bank's foreign representative under sections 1509 and 1517 of the Bankruptcy Code; (ii) granting automatic relief pursuant to section 1520 of the Bankruptcy Code; (iii) granting other and additional relief pursuant to sections 1507 and 1521(a) and (b) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE**, that if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant the recognition and relief requested by the DIA without further notice. Copies of the Petition and the Supporting Documents will be made available upon request at the office of the DIA's United States counsel at the address below:

> **Blank Rome LLP**
> 405 Lexington Avenue
> New York, New York 10174-0208
> Tel: (212) 885-5000
> Fax: (212) 210-9444
> Attn:   Rick Antonoff, Esq.
>              Barry N. Seidel, Esq.
>              Evan J. Zucker, Esq.
>
> *Attorneys for State Corporation "Deposit Insurance Agency" in its Capacity as Trustee and Foreign Representative for the Debtor*