**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
Rick Antonoff
Barry N. Seidel
Evan J. Zucker

*Attorneys for State Corporation "Deposit Insurance Agency" in its Capacity as Trustee and Foreign Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:

      **FOREIGN ECONOMIC**                      Chapter 15
      **INDUSTRIAL BANK LIMITED,**
      **"VNESHPROMBANK" LTD.,**             Case No. 16-13534 (MKV)

       Debtor in a Foreign Proceeding.

---------------------------------------------------------------x

## DECLARATION OF SERVICE

I, Evan J. Zucker, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm of Blank Rome LLP, counsel for State Corporation "Deposit Insurance Agency", the trustee and foreign representative of the Foreign Economic Industrial Bank Limited, "Vneshprombank" Ltd.

2. On the 27th day of December, 2016, I caused true and correct copies of the below-listed documents to be served via first-class mail, postage fully pre-paid, upon the persons listed on the service list attached hereto:

- Notice of Filing and Hearing on Verified Petition under Chapter 15 of the United States Bankruptcy Code and Notice Pursuant to Fed. R. Bankr. P. 9017 and Fed. R. Civ. P. 44.1;

- Chapter 15 Petition for Recognition of Foreign Proceeding [Docket No. 1];

- Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceeding [Docket No. 2];

- Declaration of Khalizev Aleksandr Victorovich in Support of Verified Petition [Docket No. 3];

- Lists and Statements Filed Pursuant to Bankruptcy Rule 1007(a)(4) [Docket No. 4];

- Declaration of Sergey S. Sokolov in Support of Verified Petition and Recognition Hearing [Docket No. 5];

- Declaration of Khalizev Aleksandr Victorovich on Behalf of the State Corporation "Deposit Insurance Agency," as Foreign Representative, Pursuant to 11 U.S.C. § 1515 and in Support of Verified Petition and Recognition Hearing [Docket No. 6];

- Application for Order Scheduling Hearing on Chapter 15 Petition and Specifying Form and Manner of Service of Notice of Hearing [Docket No. 7]; and

- Order Scheduling Hearing on Verified Chapter 15 Petition and Specifying Form and Manner of Service and Notice of Hearing [Docket No. 10]

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 27th day of December, 2016 in New York, New York.

**BLANK ROME LLP**

By: */s/ Evan J. Zucker*
Rick Antonoff
Barry N. Seidel
Evan J. Zucker
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

*Attorneys for State Corporation "Deposit Insurance Agency" in its Capacity as Trustee and Foreign Representative for the Debtor*

# SERVICE LIST

Chambers of the Honorable Mary Kay Vyskocil
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, New York 10004-1408
*(United States Bankruptcy Judge)*

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014
*(United States Trustee)*

Foreign Economic Industrial Bank Limited,
"Vneshprombank" Ltd.
Komsomolsky Avenue
42 Building 1
Moscow, 119992
Russian Federation
*(Debtor)*

State Corporation "Deposit Insurance Agency", the trustee and foreign representative of the Foreign Economic Industrial Bank Limited, "Vneshprombank" Ltd.
Attn: Khalizev Aleksandr Victorovich
Vysotskogo Street, 4
Moscow, 109240
Russian Federation
*(Foreign Representative)*

Sergey S. Sokolov, Esq.
MARKS & SOKOLOV, LLC
1835 Market Street, 17th Floor
Philadelphia, Pennsylvania 19103
*(Russian Counsel to Foreign Representative)*

Alan Van Praag, Esquire
Edward W. Floyd, Esquire
EATON & VAN WINKLE LLP
3 Park Avenue, 16th Floor
New York, New York 10016
*(Counsel to Plaintiff in SDNY Litigation)*

Marlen Kruzhkov, Esquire
Irina Kobylevsky, Esquire
GUSRAE KAPLAN NUSBAUM PLLC
120 Wall Street, 25th Floor
New York, New York 10005
*(Counsel to Co-Defendants in SDNY Litigation)*

PANABROKER PROTECTING AND
INDEMNITY ASSOCIATION, S.A.
Edificio Banco De Boston,
Calle Elvira Mendez
Panama City, Republic of Panama

SERGUEI SOKOLOV
5040 Cedar Creek Drive
Houston, Texas 77056-2402

LM PROPERTY MANAGEMENT LLC
2 Rector Street, Suite 1202
New York, New York 10006

**SERVICE LIST**

LM REALTY 10C, LLC  
2 Rector Street, Suite 1202  
New York, New York 10006

LM REALTY 18 WEST, LLC  
2 Rector Street, Suite 1202  
New York, New York 10006

LM REALTY 20A, LLC  
40 Rector Street, Suite 1502  
New York, New York 10006

LM REALTY 23H, LLC  
40 Rector Street, Suite 1502  
New York, New York 10006

LM REALTY 24C, LLC  
40 Rector Street, Suite 1502  
New York, New York 10006

LM REALTY 27D, LLC  
40 Rector Street, Suite 1502  
New York, New York 10006

LM REALTY 31B, LLC  
2 Rector Street, Suite 1202  
New York, New York 10006