| | |
|---|---|
| RICHARDS KIBBE & ORBE LLP<br>200 Liberty Street<br>New York, New York 10281<br>Tel: (212) 530-1924<br>gplotko@rkollp.com<br>Gregory G. Plotko | **Hearing Date and Time**:<br>October 12, 2017 at 10:00 a.m. (Eastern Time)<br><br>**Deadline to Respond**:<br>October 5, 2017 at 4 p.m. (Eastern Time) |

KRUZHKOV RUSSO PLLC
350 Fifth Avenue, Suite 7230
New York, New York 10118
Tel: (212) 363-2000
marlen@kruzhkovrusso.com
irina@kruzhkovrusso.com
Marlen Kruzhkov
Irina Kobylevsky

*Attorneys for LM Realty 31B, LLC;*
*LM Realty 27D, LLC; LM Realty 24C, LLC;*
*LM Realty 23H, LLC; LM Realty 20A, LLC;*
*LM Realty 18 West, LLC; LM Realty 10C, LLC;*
*LM Property Management LLC; The Larisa Markus*
*Revocable Trust; The Lamar Foundation;*
*Protax Services Inc., Protax Services Consulting, Inc.;*
*Ilya Bykov; First Integrated Construction, Inc.; and*
*Innovative Construction Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:

| | |
|---|---|
| **FOREIGN ECONOMIC**<br>**INDUSTRIAL BANK LIMITED,**<br>**"VNESHPROMBANK" LTD.,**<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 16-13534 (MKV) |

------------------------------------------------------------x

**NOTICE OF AMENDED MOTION OF LM REALTY 31B, LLC; LM REALTY 27D, LLC; LM REALTY 24C, LLC; LM REALTY 23H, LLC; LM REALTY 20A, LLC; LM REALTY 18 WEST, LLC; LM REALTY 10C, LLC; LM PROPERTY MANAGEMENT LLC;THE LARISA MARKUS REVOCABLE TRUST; PROTAX SERVICES INC.; PROTAX SERVICES CONSULTING, INC.; ILYA BYKOV; FIRST INTEGRATED CONSTRUCTION, INC.; AND INNOVATIVE CONSTRUCTION GROUP, INC. FOR ENTRY OF AN ORDER PURSUANT TO RULE 9016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE QUASHING THE SUBPOENAS ISSUED BY THE FOREIGN REPRESENTATIVE**

**PLEASE TAKE NOTICE** that, on September 28, 2017, LM Realty 31B, LLC, LM Realty 27D, LLC, LM Realty 24C, LLC, LM Realty 23H, LLC, LM Realty 20A, LLC, LM Realty 18 West, LLC, LM Realty 10C, LLC, LM Property Management LLC , The Larisa Markus Revocable Trust, Protax Services Inc. a/k/a Protax Services Corp., Protax Services Consulting, Inc., Ilya Bykov, First Integrated Construction, Inc. and Innovative Construction Group, Inc (collectively, the "Movants") filed the *Motion Of LM Realty 31B, LLC; LM Realty 27D, LLC; LM Realty 24c, Llc; Lm Realty 23h, Llc; Lm Realty 20a, Llc; Lm Realty 18 West, Llc; Lm Realty 10c, Llc; Lm Property Management Llc;The Larisa Markus Revocable Trust; Protax Services Inc.; Protax Services Consulting, Inc.; Ilya Bykov; First Integrated Construction, Inc.; And Innovative Construction Group, Inc. For Entry Of An Order Pursuant To Rule 9016 Of The Federal Rules Of Bankruptcy Procedure Quashing The Subpoenas Issued By The Foreign Representative* in connection with the above-captioned matter, with a hearing date of **October 12, 2017 at 10:00 a.m.** (prevailing Eastern Time) and an **Objection Deadline of October 5, 2017 at 4 p.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, the Movants hereby files an Amended Motion, annexed hereto as **Exhibit A** and a marked version of the Amended Motion indicating the changes to the original Motion, annexed hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing Date and the Objection Deadline remain the same.

2

Dated: New York, New York
October 4, 2017

Respectfully submitted,

/s/ Gregory G. Plotko
Gregory G. Plotko, Esq.
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, New York 10281
Tel: (212) 530-1924
gplotko@rkollp.com

-and-

Marlen Kruzhkov, Esq.
Irina Kobylevsky, Esq.
KRUZHKOV RUSSO PLLC
350 Fifth Avenue
New York, New York 10118
Tel: (212) 363-2000
marlen@kruzhkovrusso.com
irina@kruzhkovrusso.com

*Attorneys for LM Realty 31B, LLC, LM Realty 27D, LLC, LM Realty 24C, LLC, LM Realty 23H, LLC, LM Realty 20A, LLC, LM Realty 18 West, LLC, LM Realty 10C, LLC, LM Property Management LLC, The Larisa Markus Revocable Trust, Protax Services Inc. a/k/a Protax Services Corp., Protax Services Consulting, Inc., Ilya Bykov, First Integrated Construction, Inc. and Innovative Construction Group, Inc.*