**Marks & Sokolov, LLC**
1835 Market, St, 17th Floor
Philadelphia, PA 19103
*Attorneys for State Corporation "Deposit Insurance Agency" in*
*its Capacity as Trustee and Foreign Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------
In re:

    **FOREIGN ECONOMIC INDUSTRIAL BANK**      Chapter 15
    **LIMITED, "VNESHPROMBANK" LTD.,**      Case No. **16-13534** (MKV)
      Debtor in a Foreign Proceeding.
-------------------------------------------------------------x

## DECLARATION OF SERVICE

I, NINA FARZANA KHAN, am an attorney at the law firm of Marks & Sokolov, LLC,

counsel for State Corporation "Deposit Insurance Agency" in its Capacity as Trustee and Foreign

Representative for the Debtor Vneshprombank ("**Debtor**") in the above-captioned action.

    **1.**    I hereby declare that, on May 23, 2019, I caused a true and correct copy of a package

containing a binder of documents referenced in the letter to the Hon. Mary Kay Vyskocil, dated May 20,

2019 (*Markus* ECF 53; *Bank* ECF 85), to be served on Daniel Singer, counsel for the LM Entities,

via overnight courier service (FedEx), at his address: The Law Offices of Daniel A. Singer, 630 Third

Avenue, 18th Floor, New York, NY 10017.  In support whereof, attached hereto are the following: (i)

FedEx airbill to Mr. Singer's office; and (ii) FedEx confirmation showing package delivery on Friday, May

24, 2019 at 2:11 pm, which was signed for by "M. Simon."

    **2.**    I repeatedly emailed Mr. Singer about his assertion at the May 29th hearing that he did not

receive the binder, but he did not respond to my queries about "Simon" who signed for the binder.

    **3.**    I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 3, 2019

                      */s/ Nina Farzana Khan*
                      **Nina Farzana Khan**
                      **Marks & Sokolov, LLC**
                      1835 Market, St, 17th Floor
                      Philadelphia, PA 19103
                      *State Corporation "Deposit Insurance Agency" in its*
                      *Capacity as Trustee and Foreign Representative for the*
                      *Debtor*



814395744829 ✏

 

# Delivered
# Friday 5/24/2019 at 2:11 pm



**DELIVERED**

Signed for by: M.SIMON

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|------|-----|
| PHILADELPHIA, PA US | NY US |
| Origin Terminal | Destination Location |
| **PHILADELPHIA, PA** | **NEW YORK, NY** |

## Shipment Facts

**TRACKING NUMBER**
814395744829

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
3 lbs / 1.36 kgs

**DIMENSIONS**
12x12x3 in.

**DELIVERED TO**
Receptionist/Front Desk

**TOTAL SHIPMENT WEIGHT**
3 lbs / 1.36 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
M LEVENA

**PACKAGING**
Your Packaging

**SPECIAL HANDLING SECTION**
Deliver Weekday

**STANDARD TRANSIT**
?
5/24/2019 by 10:30 am

**SHIP DATE**
?
Thu 5/23/2019

**ACTUAL DELIVERY**
Fri 5/24/2019 2:11 pm

## Travel History

Local Scan Time ⌄

| Friday , 5/24/2019 | | |
| --- | --- | --- |
| 2:11 pm | NY | Delivered |
| 8:30 am | NEW YORK, NY | On FedEx vehicle for delivery |
| 7:55 am | NEW YORK, NY | At local FedEx facility |
| 4:06 am | NEWARK, NJ | Departed FedEx location |
| 12:26 am | NEWARK, NJ | Arrived at FedEx location |
| **Thursday , 5/23/2019** | | |
| 10:05 pm | PHILADELPHIA, PA | Left FedEx origin facility |
| 6:40 pm | PHILADELPHIA, PA | Picked up |

MUR 1

**FedEx** Express

*Package*
**US Airbill**

FedEx Tracking Number  8143 9574 4829

Form ID No.  **0215**

Sender's Copy

**1 From** *Please print and press hard.*

Date 5/23/2019   Sender's FedEx Account Number   SENDER'S FEDEX ACCOUNT NUMBER 2366-9710-0 ONLY

Sender's Name  Bruce S. Marks, Esq.   Phone ( 215 ) 569.8901

Company  MARKS LAW OFFICES

Address  1835 MARKET ST STE 1717
Dept./Floor/Suite/Room

City  PHILADELPHIA   State  PA   ZIP  19103-2945

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.   m Laverna   OPTIONAL

**3 To**

Recipient's Name  Daniel Singer, Esq.   Phone ( 212 ) 569.7853

Company  The Law Offices of Daniel A. Singer

Address  630 Third Avenue   18th Floor
We cannot deliver to P.O. boxes or P.O. ZIP codes.   Dept./Floor/Suite/Room

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City  New York   State  NY   ZIP  10017

0132682101

**4 Express Package Service**   *To most locations.*   Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

**Next Business Day**

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☒ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery selected.

☐ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.*
Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

**5 Packaging**   *Declared value limit $500.*

☒ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling and Delivery Signature Options**  Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**Does this shipment contain dangerous goods?**
One box must be checked.

☒ No   ☐ Yes
As per attached Shipper's Declaration.   ☐ Yes
Shipper's Declaration not required.   ☐ Dry Ice
Dry Ice, 9, UN 1845 ___ x ___ kg

☐ Cargo Aircraft Only

Restrictions apply for dangerous goods—see the current FedEx Service Guide.

**7 Payment**  *Bill to:*

☐ Sender
Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No.
Credit Card No.

Total Packages   Total Weight   Total Declared Value†
___ lbs.   $ ___ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.
Rev. Date 5/18 • Part #162134 • ©1994–2015 FedEx • PRINTED IN U.S.A. SRM

611

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**Deliveries when and where you want.**
Learn about FedEx Delivery Manager® at fedex.com/delivery.



1835 Market Street, 17th Floor
Philadelphia, PA 19103
Tel: +1 (215) 569-8901
Fax: +1 (215) 569-8912
www.marks-sokolov.com

May 23, 2019

Via FedEx (overnight)
The Honorable Mary Kay Vyskocil
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

     Re:    *In re Foreign Economic Industrial Bank Ltd.* (Case No. 16-13534-MKV);
             *In re Larissa Markus* (Case No. 19-10096-MKV).

Dear Judge Vyskocil:

Enclosed please find two copies of the binder of documents referenced in the letter to Your Honor, dated May 20, 2019 (*Markus* ECF 53; *Bank* ECF 85).

                         Sincerely,
                         */s/ Bruce S. Marks*
          For:    Marks & Sokolov LLC

Enclosures (2 binders stamped "Chamber's Copy")

cc:     D. Singer, Esq. (enclosure: 1 binder)