**LAW OFFICES OF VICTOR A. WORMS**
48 Wall Street, Suite 1100
New York, New York 10005
(212) 374-9590

Attorneys for debtor Foreign Economic Industrial Bank, Ltd, "Vneshprombank" Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re:**

|  |  |
|---|---|
| **FOREIGN ECONOMIC INDUSTRIAL BANK LIMITED, "VNESHPROMBANK" LTD.,** | Chapter 15 |
| Debtor in a Foreign Proceeding. | Case No. 16-13534 (MG) |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Victor A. Worms, an attorney admitted to practice in the State of New York, hereby certify that:

On the 30th day of March, 2020, I have caused service of the Motion to Withdraw by Victor A. Worms and the Law Offices of Victor A. Worms and (Proposed) Order, and on April 1, 2020 I caused service of the Notice of Hearing, to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

In addition, on April 3, 2020, a copy of the same documents and the Notice of Hearing were served by depositing in the sole care and custody of the United States Postal Service within the State of New York, a sealed prepaid envelope, addressed to the following:

        Mr. Ilya Bykov
        Protax Services, Inc.
        2 Rector Street, Suite 1202
        New York, New York 10006

        Larisa Markus
        Federal State Funded Institution
        Detention Centre No. 6 of The Moscow
        Department of The Federal Penal Service
        Of Russia at Shosseynaya Street 92
        Moscow, Russia

Dated: New York, New York
      April 3, 2020

                              Law Offices of Victor A. Worms
                              By: _____
                                  Victor A. Worms
                              48 Wall Street, Suite 1100
                              New York, New York 10005
                              (212) 374-9590